UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**SCRANTON**

SEP 2 8 2016

Per_____
DEPUTY CLERK

| | |
|---|---|
| NATHANIEL ADDERLY, | |
| Plaintiff, | |
| v. | CIVIL NO. 3:11-CV-694 |
| C.O. EIDEM, et al., | (Judge Kosik) |
| Defendants. | |

## ORDER

AND NOW, THIS 28th DAY OF SEPTEMBER, 2016, IT APPEARING TO THE COURT THAT:

[1] The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 90) is **ADOPTED, IN PART**, as set forth in the accompanying Memorandum;

[2] Defendants' Motion for Summary Judgment (Doc. 77) is **GRANTED, IN PART, DENIED, IN PART**;

[3] Defendants are to file a motion for summary judgment on the merits of the remaining claims, as set forth in the accompanying Memorandum, within **TWENTY (20) DAYS** of the date of this Order; and,

[4] The Clerk of Court is directed to **FORWARD** a copy of the Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge