IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL ADDERLY, | : | Civil No. 3:11-cv-694 |
| Plaintiff, | : | (Judge Mariani) |
| v. | : | |
| C.O. EIDEM, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this \_\_18th\_\_ day of September, 2017, upon consideration of Plaintiff's motion (Doc. 98) for summary judgment and Defendants' second motion (Doc. 104) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion (Doc. 98) for summary judgment is **DENIED**.

2. Defendants' second motion (Doc. 104) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Glenn, Reno and Alshefski, and against Plaintiff Nathaniel Adderly.

3. The claim against Defendant Cowher is **DISMISSED** with prejudice.

4. The Clerk of Court is directed to **CLOSE** this action.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge